1  JOHN D. BARR (SBN 40663)
   DOUGLAS MUDFORD (SBN 156392)
2  DAVID CASE (SBN 56701)
   ESTEE LEWIS (SBN 268358)
3  DOUGLAS H. NEWLAN (SBN 032250)
   BARR & MUDFORD, LLP
4  1824 Court Street/Post Office Box 994390
   Redding, California 96099-4390
5  Telephone:    (530) 243-8008
   Facsimile:    (530) 243-1648
6  dugan@ca-lawyer.com

7  Attorneys for Plaintiffs
   MARY KIRBY and RONALD KIRBY
8

9  KEN M. MARKOWITZ (SBN 104674)
   KIMBERLY I. McINTYRE (SBN 184648)
10 KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
11 San Francisco, CA  94111
   Telephone:    (415) 397-3100
12 Facsimile:    (415) 397-3170
   kmarkowitz@kennmark.com
13 kmcintyre@kennmark.com

14 Attorneys for Defendant
   SKYWEST AIRLINES, INC.
15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION – ECF PROGRAM

19

| MARY KIRBY; and RONALD KIRBY, | CASE NO. C12-01067 JCS |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| SKYWEST AIRLINES, INC.; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

**Kenney & Markowitz L.L.P.**

{30021.302207 0145657.DOC}                            -1-
                        STIPULATION OF DISMISSAL AND ORDER THEREON
                                    CASE NO. C12-01067 JCS

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1). Each party is to bear its own fees and costs.

DATED: January 7, 2013

**BARR & MUDFORD, LLP**

By: /s/ John D. Barr
    JOHN D. BARR
    Attorneys for Plaintiffs
    MARY KIRBY AND RONALD KIRBY

DATED: January 7, 2013

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Kimberly I. McIntyre
    KEN M. MARKOWITZ
    KIMBERLY I. McINTYRE
    Attorneys for Defendant
    SKYWEST AIRLINES, INC.

**ORDER**

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE.**

Dated: 1/7/13

UNITED STATES DISTRICT JUDGE
*Judge Joseph C. Spero*

{30021.302207 0145657.DOC}
-2-
STIPULATION OF DISMISSAL AND ORDER THEREON
CASE NO. C12-01067 JCS