JOHN D. BARR (SBN 40663)
DOUGLAS MUDFORD (SBN 156392)
DAVID CASE (SBN 56701)
ESTEE LEWIS (SBN 268358)
DOUGLAS H. NEWLAN (SBN 032250)
BARR & MUDFORD, LLP
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone:   (530) 243-8008
Facsimile:    (530) 243-1648
dugan@ca-lawyer.com

Attorneys for Plaintiffs
MARY KIRBY and RONALD KIRBY


KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:   (415) 397-3100
Facsimile:    (415) 397-3170
kmarkowitz@kennmark.com
kmcintyre@kennmark.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

| | |
|---|---|
| MARY KIRBY; and RONALD KIRBY,<br><br>    Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES, INC.; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. C12-01067 JCS<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

{30021.302207 0145657.DOC}　　　　　　　　-1-
STIPULATION OF DISMISSAL AND ORDER THEREON
CASE NO. C12-01067 JCS

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).  Each party is to bear its own fees and costs.

DATED:  January 7, 2013         **BARR & MUDFORD, LLP**

By:  /s/ John D. Barr
      JOHN D. BARR
      Attorneys for Plaintiffs
      MARY KIRBY AND RONALD KIRBY

DATED:  January 7, 2013         **KENNEY & MARKOWITZ L.L.P**

By:  /s/ Kimberly I. McIntyre
      KEN M. MARKOWITZ
      KIMBERLY I. McINTYRE
      Attorneys for Defendant
      SKYWEST AIRLINES, INC.

**ORDER**

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE.**

Dated: 1/7/13

UNITED STATES DISTRICT JUDGE
Judge Joseph C. Spero

{30021.302207 0145657.DOC}    -2-
STIPULATION OF DISMISSAL AND ORDER THEREON
CASE NO. C12-01067 JCS